UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPENCER LEE,<br><br>      *Plaintiff*,<br><br>      v.<br><br>PAMELA BONDI, in her official<br>capacity as Attorney General of the United<br>States of America,<br><br>      *Defendant*. | Civil Action No. 1:25-cv-01125 (JMC) |

**JOINT STATUS REPORT**

Per the November 5, 2025 Minute Order, Plaintiff Spencer Lee and Defendant Pamela Bondi ("the parties") have conferred and respectfully submit the following joint status report advising the Court of the progress of discovery and any other issues as needed. The parties agree that additional time is necessary to complete discovery but require an extension of time to continue to confer about an appropriate case schedule. The parties therefore propose that they will file a further joint status report by December 5, 2025, setting forth their proposal(s) for amending the case schedule. The parties further report as follows.

1. By Amended Scheduling Order dated March 13, 2025, ECF No. 116, the Court set the following discovery deadlines for Civil Action No. 1:19-cv-1581:

   - Written discovery will close on October 10, 2025;
   - A telephonic/VTC status conference is set for November 7, 2025 at 10:30 AM;
   - All fact discovery (including depositions) will close on November 10, 2025;
   - Each Plaintiff must submit any expert report by December 22, 2025;
   - Defendant must submit any expert report by January 30, 2026;

- Each Plaintiff must submit any rebuttal expert report by February 17, 2026;

- A telephonic/VTC status conference is set for March 12, 2026 at 10:30 AM; and

- All expert discovery (including depositions) will close on March 18, 2026.

2. Defendant and Plaintiff Lee subsequently filed a joint motion to sever the claims of the two remaining individual plaintiffs in the case. Jt. Mot. of Def. & P. Lee to Sever Ps.' Claims, No. 19-cv-1581, ECF No. 118 at 1. By Minute Order entered April 7, 2025, this Court granted the motion and severed the two plaintiffs' claims, which were assigned new case numbers, respectively: *Lee v. Bondi*, No. 25-cv-1125; *Wesley v. Bondi*, No. 25-cv-1126.

3. On October 1, 2025, A. Marques Pitre, then-counsel of record for Plaintiff Spencer Lee, filed a Motion to Withdraw as Counsel. ECF No. 6. Undersigned counsel for Plaintiff entered their appearances on or around the same date, ECF Nos. 4 & 7, and are now in the process of familiarizing themselves with the case.

4. On October 1, 2025, Chief Judge James E. Boasberg issued Standing Order No. 25-55 (JEB), which stayed deadlines in matters involving the United States.

5. By Minute Order entered November 5, 2025, this Court vacated the post-discovery status conference set for November 10, 2025, and ordered the parties to file a status report no later than 10 days following the restoration of government appropriations, advising the Court of the progress of discovery and any other issues as needed.

6. On November 13, 2025, Chief Judge Boasberg issued Standing Order No. 25-59 (JEB), which extended all such deadlines by a period of time equal to the duration of the lapse plus ten days. Pursuant to Standing Order No. 25-59, written discovery would be set to close on December 2, 2025.

7. To date, neither party has noticed any depositions. However, the government has completed its response to all pending written discovery requests served to date and has engaged with Plaintiff regarding settlement via the Circuit Court Mediation Program over the course of several months.

8. The Parties met by videoconference on November 21, 2025, and agreed that an extension of time will be necessary to complete discovery. The parties have not been able to come to an agreement as to the length of the extension necessary. The parties request a brief extension of time to discuss an amended case schedule.

*   *   *

In light of the foregoing, the parties thus propose to file a further joint status report by December 5, 2025, proposing an amended case schedule.

Dated: November 24, 2025                    Respectfully submitted,


 /s/ Charity Chidinma Emeronye              BRETT A. SHUMATE
Swift                                       Assistant Attorney General
Charity Chidinma Swift                      Civil Division
(D.C. Bar No. 198209)
Stephen Christopher Swift                   JACQUELINE COLEMAN SNEAD
(D.C. Bar No. 428459)                       Assistant Branch Director
Swift & Swift, Attorneys at Law,
P.L.L.C.                                     /s/ Amber Richer
2121 Eisenhower Avenue, Suite 200           AMBER RICHER (CA Bar No. 253918)
Alexandria, Virginia 22314-4688             HEIDY L. GONZALEZ (FL Bar No. 1025003)
                                            Trial Attorneys
Telephone: (703) 418-0000                   U.S. Department of Justice
Facsimile: (703) 535-8205                   Civil Division, Federal Programs Branch
steve@swift.law.pro                         1100 L Street NW
charity@swift.law.pro                       Washington, D.C. 20005
                                            Tel: (202) 514-3489
                                            amber.richer@usdoj.gov
                                            heidy.gonzalez@usdoj.gov

                                            *Counsel for Defendant*